## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Primerica Life Insurance Company, | Civil No. 09-605 (DWF/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Rebecca Munson, et al., | |
| Defendants. | |

Ryan J. Burt, Esq., Halleland Habicht PA; and Andrew J. Sveen, Esq., Nilan Johnson Lewis PA, counsel for Plaintiff.

Rudolph G. Maurine, Jr., Esq., Maurine Law Firm, counsel for Defendant Rebecca Munson.

Melissa M. Stockman-Maher, Esq., Stockman-Maher Law Offices, PLLC, counsel for Defendant E.B., a minor.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 30, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. The money on deposit with the Court is ordered to be distributed to Defendant Munson, to be held in trust, pursuant to the Trust documents filed with the Court;

2. This case is ordered closed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 18, 2010         s/Donovan W. Frank
                            DONOVAN W. FRANK
                            United States District Judge